# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR53 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VANESSA CORONEL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Vanessa Coronel (Coronel) for an extension of time to file pretrial motions. The motion was made during the arraignment on the Superseding Indictment on April 8, 2011. Coronel acknowledged the additional time needed for her motion would be excluded from the calculations under the Speedy Trial Act. The government's counsel had no objection.

**IT IS ORDERED:**

1. Coronel's motion for an extension of time to file pretrial motions is granted. Coronel shall have **to on or before May 18, 2011**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **April 8, 2011, and May 18, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 11th day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge