IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )        8:11CR53
                             )
      v.                     )
                             )
VANESSA CORONEL,             )        ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 83). The Court finds plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that the plaintiff shall file a response to defendant's motion under 28 U.S.C. § 2255 on or before October 9, 2012. Said response shall include an affidavit from defendant's counsel.

DATED this 5th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court