IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:11CR53
                               )
       v.                      )
                               )
VANESSA CORONEL,               )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's notice of appeal (Filing No. 100). The Court has reviewed the notice of appeal and the memorandum opinion (Filing No. 96) and order and judgment (Filing No. 97) and finds no certificate of appealability should issue. Plaintiff previously waived any and all rights to contest her conviction and sentence in any post-conviction proceedings. Accordingly,

IT IS ORDERED that the no certificate of appealability is issued and defendant is not permitted to proceed on appeal without prepayment of costs.

DATED this 1st day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court