IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR53 |
| | ) | |
| v. | ) | |
| | ) | |
| VANESSA CORONEL, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date in response to the remand of the United States Court of Appeals for the Eighth Circuit (Filing No. 107),

IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, stating four grounds for consideration (Filing No. 83) is denied.

DATED this 21st day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court