IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR53 |
| | ) | |
| v. | ) | |
| | ) | |
| VANESSA CORONEL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court in response to an order from the United States Court of Appeals for the Eighth Circuit (Filing No. 117) as to the issuance of a certificate of appealability regarding a second Notice of Appeal filed by Vanessa Coronel (Filing No. 113).  This Court has previously denied Ms. Coronel's motion filed pursuant to 28 U.S.C. § 2255, initially (Filing Nos. 96 and 97) and on remand (Filing Nos. 111 and 112).

28 U.S.C. § 2253 states,

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from . . .
>
> (B) the final order in a proceeding under section 2255.
>
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

28 U.S.C. § 2253(c).

After reviewing the defendant's § 2255 motion, the response of the government, and this Court's orders denying that motion, the Court finds that defendant has failed to make a "substantial showing of the denial of a constitutional right." Accordingly,

IT IS ORDERED that no certificate of appealability will issue from this Court.

DATED this 29th day of July, 2013.

BY THE COURT:

/s/ Lyle E.  Strom
_____
LYLE E. STROM, Senior Judge
United States District Court